STEVEN M. FINK (SBN 47789)
smf@sjlawyers.com
JOHN KEVIN CROWLEY (SBN 88189)
jkclaw@pacbell.net
125 S. Market Street, Suite 1200
San Jose, CA 95113-2288
Telephone: (408) 288-8100
Facsimile: (408) 288-9409

Attorneys for Plaintiff
GREG GUINA

JACKSON LEWIS P.C.
MICHAEL J. CHRISTIAN (SBN 173727)
Michael.Christian@jacksonlewis.com
ASHLEY L. EVANS (SBN 308727)
Ashley.Evans@jacksonlewis.com
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendants
RIVER PINES PUBLIC UTILITY DISTRICT,
CANDI BINGHAM and CATHY LANDGRAF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREG GUINA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RIVER PINES PUBLIC UTILITY DISTRICT; CANDI BINGHAM, an individual; CATHY LANDGRAF, an individual,<br><br>　　　　　Defendants. | **Case No. 2:18-cv-00530-KJM-EFB**<br><br>**JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF CERTAIN PRETRIAL DEADLINES AND ORDER**<br><br>Complaint filed: March 12, 2018<br>Trial Date:　　TBD |

Plaintiff GREG GUINA ("Plaintiff") and Defendants RIVER PINES PUBLIC UTILITY DISTRICT ("Defendant RPPUD"), CANDI BINGHAM ("Defendant Bingham"), and CATHY LANDGRAF ("Defendant Landgraf"), (collectively referred to as "the Parties"), through counsel,

hereby enter into the following Stipulation and request the Court to extend certain pretrial discovery deadlines, pursuant to the applicable Local Rules:

1. This is an action for alleged violations of civil rights, retaliation, hostile work environment and wrongful termination. The Parties have been engaged in extensive discovery including exchanging significant written discovery and conducting depositions of all the Parties. The completion of the discovery to date has been delayed by health issues suffered by Plaintiff's counsel Steven Fink.

2. With the discovery completed to date, the Parties have agreed to participate in mediation before retired Federal Judge Raul Ramirez. The Parties are in the process of selecting a date with Judge Ramirez and expect mediation to occur within the next 60 days.

3. The Parties require additional discovery to be completed, including numerous depositions of third party witnesses, to adequately prepare if the matter should proceed to the filing of a dispositive motion and/or trial. The Parties ability to complete the mediation and the additional required discovery will be delayed due to a health issue with Defendant's lead counsel Michael J. Christian and an anticipated surgical procedure.

4. In order to allow time to mediate the case and complete the necessary discovery, the Parties request that the discovery including discovery motion cut off dates and the expert disclosure cut off dates should be continued to a date in the future. The Parties hereby stipulate to the following new discovery dates and expert discovery and request the Court modify the scheduling order accordingly:

| Category | Original Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut Off | July 1, 2019 | November 1, 2019 |
| Expert Disclosure | July 15, 2019 | November 15, 2019 |
| Rebuttal Experts | August 29, 2019 | December 30, 2019 |
| Expert Discovery Cutoff | October 13, 2019 | February 13, 2020 |
| Dispositive Motions | December 4, 2019 | April 10, 2020 |

///

///

///

5. There have been no prior requests for extensions of time to change the case scheduling order (Docket number 15) and to extend time for completion of the alternative dispute resolution. Trial is currently not set.

Respectfully submitted,

Dated: June 21, 2019

By: */s/ John K. Crowley [as auth. 6.21.19]*
Steven M. Fink
John Kevin Crowley

Attorneys for Plaintiff
GREG GUINA

Dated: June 21, 2019				JACKSON LEWIS P.C.

By: */s/ Michael J. Christian*
Michael J. Christian

Attorneys for Defendants
RIVER PINES PUBLIC UTILITY DISTRICT, CANDI BINGHAM and CATHY LANDGRAF

## **ORDER**

IT IS SO ORDERED.

DATED: June 27, 2019.

_____
UNITED STATES DISTRICT JUDGE